### 38091. ARRINGTON v. ARRINGTON et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED JANUARY 7, 1982.

*Gordon & Hasty, Ken Gordon,* for appellant.
*Robert S. Dennis,* for appellees.